UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

26-cr-0185 (LAK)

-against-

JAVAUGHN MOODIE, etc., and FUQUEN LEONARD,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-20-26

## NOTICE

LEWIS A. KAPLAN, *District Judge.*

        Counsel are advised that Elizabeth Daniels, Esq., who appears for the government in this case, is a former law clerk to the undersigned.

        SO ORDERED.

Dated:        May 20, 2026

                                        /s/     Lewis A. Kaplan
                        _____
                                        Lewis A. Kaplan
                                        United States District Judge