USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 9-14-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JAVAUGHN MOODIE,

Defendant.

**ORDER**

26 Cr. 185 (LAK)

WHEREAS, with the consent of defendant Javaughn Moodie, the defendant's guilty plea allocution was taken before United States Magistrate Judge Barbara C. Moses on August 28, 2026;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of that transcript and the associated plea agreement, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily, that there was a factual basis for the guilty plea, and that the requirements of Fed. R. Crim. P. 11 were satisfied;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for: December 2, 2026, at 11:00 AM in Courtroom 21B.

**SO ORDERED.**

Dated: New York, New York
9/14, 2026

HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK